Opinion issued July 22, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00758-CV

____________


IN RE JOSEPH DANIEL MONK, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Joseph Daniel Monk has filed a petition for a writ of mandamus
complaining of Judge Galik's (1) July 30, 2002 divorce decree. Monk has previously
filed an appeal, which this Court dismissed for want of jurisdiction. See Monk v.
Monk, No. 01-02-01045-CV (Tex. App.--Houston [1st Dist.] Feb. 13, 2003, no pet.).

 We deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1. 
 -